# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
)
HP Enterprise Services LLC ) ASBCA Nos. 58683, 58940
)
Under Contract No. NNX11AA01C )

APPEARANCES FOR THE APPELLANT:
Richard J. Conway, Esq.
Michael J. Slattery, Esq.
Andrew E. Smith, Esq.
Adele H. Lack, Esq.
  Dickstein Shapiro LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
Vincent A. Salgado, Esq.
  NASA Chief Trial Attorney
Victoria H. Kauffman, Esq.
James T. Mahoney, Esq.
Alexander T. Bakos, Esq.
Troy D. Taylor, Esq.
  Trial Attorneys
  Office of the General Counsel
  National Aeronautics and Space
  Administration
  Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 17 November 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58683, 58940, Appeals of HP Enterprise Services LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals